```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

BOBBY OSBORNE, individually and   )
on behalf of all others           )
similarly situated,               )
                                  )
         Plaintiff                )
                                  )       No. 3:12-0185
v.                                )       Judge Campbell/Bryant
                                  )
NICHOLAS FINANCIAL, INC.,         )
                                  )
         Defendant                )

**TO:   THE HONORABLE TODD J. CAMPBELL**

### REPORT AND RECOMMENDATION

Plaintiff Osborne has filed his motion to extend deadline to file motions to amend pleadings (Docket Entry No. 81). Defendant has filed a response in opposition (Docket Entry No. 82).

This case is currently set for a bench trial on June 17, 2014 (Docket Entry No. 58).

The undersigned Magistrate Judge conducted a telephone hearing on the pending motion on December 12, 2013. From discussions with counsel at this hearing and the entire record, the undersigned Magistrate Judge finds that there is good cause to extend current pretrial deadlines for approximately 90 days. Such an extension, however, would require a continuance of the current trial date, which exceeds the authority of the undersigned Magistrate Judge.

For the foregoing reasons, the undersigned RECOMMENDS that the Court continue the current trial date for at least 90 days and refer this case back to the undersigned Magistrate Judge for the purpose of entry of a revised case management order.

ENTER this 12th day of December, 2013.

                                           /s/  John S. Bryant
                                           JOHN S. BRYANT
                                           United States Magistrate Judge