IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOBBY OSBORNE, Individually and on )
Behalf of All Others Similarly Situated, )
)
Plaintiff, )
) Case No. 3:12-cv-00185
v. )
) Judge Campbell
NICHOLAS FINANCIAL, INC., ) Magistrate Judge Bryant
)
Defendant. )
)
)
)

## ~~PROPROSED~~ REVISED SCHEDULING ORDER

Pursuant to the Court's Order of December 13, 2013 [Doc. Entry No. 85], the parties hereby file this Proposed Revised Scheduling Order:

1. All remaining discovery shall be completed on or before **April 21, 2014**.

2. Any motion for leave to amend the pleadings shall be filed no later than **March 10, 2014**.

3. Any dispositive motion and any motion to decertify shall be filed by **May 23, 2014**. A response shall be filed 21 days after the filing of the motion and, in any event, by **June 13, 2014**. A reply, limited to 5 pages, may be filed within 14 days after the filing of a response and, in any event, by **June 27, 2014**.

ENTERED this 6th day of January, 2014.

_____
JOHN S. BRYANT
United States District Judge

**APPROVED FOR ENTRY:**

**THE HIGGINS FIRM**

s/James S. Higgins
James. S. Higgins BPR #016142
Jonathan A. Street BPR # 021712
Michael Griffith BPR # 030168
116 Third Ave. South
Nashville, TN 37201
Telephone: 615-353-0930
Facsimile: 615 353-0963
E-mail: jhiggins@hhpfirm.com
E-mail: street@hhpfirm.com

**DICKINSON WRIGHT, PLLC**

s/Martin D. Holmes
M. Reid Estes, Jr. BPR # 09043
Martin D. Holmes BPR # 012122
424 Church Street, Suite 1401
Nashville, TN 37219
Telephone: (615) 244-6358
Facsimile: (615) 256-8386
E-mail: restes@dickinsonwright.com
E-mail: mdholmes@dickinsonwright.com

*Attorneys for Plaintiff and Class Members*

s/ Luther Wright, Jr.
Keith D. Frazier, TN Bar No. 012413
Luther Wright, Jr., TN Bar No. 017626
Jessica T. Patrick, TN Bar No. 028039
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615.254.1900
Facsimile: 615.254.1908

*Attorneys for Defendant Nicholas Financial, Inc.*

16718087.1

2